

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-15-00013-CR |
| EX PARTE: HECTOR MACIAS | § | Appeal from |
| | § | County Criminal Court No. 4 |
| | § | of El Paso County, Texas |
| | § | (TC # 20110C03140) |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the denial of the Pretrial Application for Writ of Habeas Corpus and remand the cause back to the trial court with instructions to grant the application and dismiss the indictment, in accordance with the opinion of this Court, and that this decision be certified below for observation.

IT IS SO ORDERED THIS 14TH DAY OF DECEMBER, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.